IN THE UNITED STATES DISTRICT COURT
OR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILL MOFFETT and CURTIS BOWERS, on behalf of themselves and all other persons similarly situated, known and unknown<br><br>*Plaintiffs*,<br><br>v.<br><br>HC AURORA, LLC and PENN NATIONAL GAMING, INC.<br><br>*Defendants*. | No. _____ |

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, HC Aurora, LLC states that it is a limited liability company. Its sole member is Hollywood Casinos, LLC. Hollywood Casinos' sole member is CRC Holdings, Inc. The ultimate parent company of CRC Holdings, Inc. is Penn National Gaming, Inc., a publicly traded corporation.

Dated: December 9, 2019

Respectfully submitted,

HC AURORA, LLC

*/s/ Daniel R. Saeedi*
Daniel R. Saeedi (#6296493)
dsaeedi@taftlaw.com
Allison E. Czerniak (#6319273)
aczerniak@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2800
Chicago, IL 60601
Telephone: 312-527-4000
Facsimile: 312-966-8584

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2019, the foregoing was served by electronic mail upon the following:

    Douglas M. Werman (dwerman@flsalaw.com)
    Maureen A. Salas (msalas@flsalaw.com)
    Zachary C. Flowerree (zflowerree@flsalaw.com)
    Sarah J. Arendt (sarendt@flsalaw.com)
    WERMAN SALAS P.C.
    77 West Washington, Suite 1402
    Chicago, Illinois 60602
    (312) 419-1008

    Joseph A. Fitapelli (jfitapelli@fslawfirm.com)
    Dana Cimera (dcimera@fslawfirm.com)
    FITAPELLI & SCHAFFER, LLP
    28 Liberty Street, 30th Floor
    New York, New York 10005

    *Attorneys for Plaintiff*

    /s/ Daniel R. Saeedi
    Daniel R. Saeedi (#6296493)
    dsaeedi@taftlaw.com
    Allison E. Czerniak (#6319273)
    aczerniak@taftlaw.com
    TAFT STETTINIUS & HOLLISTER LLP
    111 East Wacker Drive, Suite 2800
    Chicago, IL 60601
    Telephone: 312-527-4000
    Facsimile: 312-966-8584