# IN THE UNITED STATES DISTRICT COURT
## OR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| WILL MOFFETT and CURTIS BOWERS, on behalf of themselves and all other persons similarly situated, known and unknown<br><br>*Plaintiffs*,<br><br>v.<br><br>HC AURORA, LLC and PENN NATIONAL GAMING, INC.<br><br>*Defendants*. | No. _____ |

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Penn National Gaming, Inc. states that it has no parent corporation. BlackRock, Inc. is a publicly traded corporation that currently owns 10% or more of Penn National Gaming's stock.

Dated: December 9, 2019                                    Respectfully submitted,

                                                            PENN NATIONAL GAMING, INC.


                                                            */s/ Daniel R. Saeedi*
                                                            Daniel R. Saeedi (#6296493)
                                                            dsaeedi@taftlaw.com
                                                            Allison E. Czerniak (#6319273)
                                                            aczerniak@taftlaw.com
                                                            TAFT STETTINIUS & HOLLISTER LLP
                                                            111 East Wacker Drive, Suite 2800
                                                            Chicago, IL 60601
                                                            Telephone: 312-527-4000
                                                            Facsimile: 312-966-8584

26310579.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2019, the foregoing was served by electronic mail upon the following:

>Douglas M. Werman (dwerman@flsalaw.com)
>Maureen A. Salas (msalas@flsalaw.com)
>Zachary C. Flowerree (zflowerree@flsalaw.com)
>Sarah J. Arendt (sarendt@flsalaw.com)
>WERMAN SALAS P.C.
>77 West Washington, Suite 1402
>Chicago, Illinois 60602
>(312) 419-1008
>
>Joseph A. Fitapelli (jfitapelli@fslawfirm.com)
>Dana Cimera (dcimera@fslawfirm.com)
>FITAPELLI & SCHAFFER, LLP
>28 Liberty Street, 30th Floor
>New York, New York 10005
>
>*Attorneys for Plaintiff*

>/s/ Daniel R. Saeedi
>Daniel R. Saeedi (#6296493)
>dsaeedi@taftlaw.com
>Allison E. Czerniak (#6319273)
>aczerniak@taftlaw.com
>TAFT STETTINIUS & HOLLISTER LLP
>111 East Wacker Drive, Suite 2800
>Chicago, IL 60601
>Telephone: 312-527-4000
>Facsimile: 312-966-8584

26310579.1