IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILL MOFFETT and CURTIS BOWERS, on behalf of themselves and all other persons similarly situated, known and unknown<br><br>*Plaintiffs,*<br><br>v.<br><br>HC AURORA, LLC and PENN NATIONAL GAMING, INC.<br><br>*Defendants.* | No. 19-CV-08040 |

**JOINT MOTION FOR ENTRY OF AGREED CONFIDENTIALITY ORDER**

Plaintiffs, Will Moffett ("Moffett") and Curtis Bowers ("Bowers"), and Defendants, HC Aurora, LLC ("HC Aurora") and Penn National Gaming, Inc. ("Penn National," and together with Moffett, Bowers, and HC Aurora, the "Parties"), through their respective attorneys, jointly move this Honorable Court pursuant to Fed. R. Civ. P. Rule 26(c), for entry of an Agreed Confidentiality Order, stating as follows:

1. The Parties have prepared a proposed Agreed Confidentiality Order, a copy of which is attached to this Joint Motion as Exhibit A. A redline showing all deviations from the Court's Model Confidentiality Order is attached to this Joint Motion as Exhibit B.

2. Good cause exists for entry of the proposed Agreed Confidentiality Order. The Parties are beginning to gather and exchange potentially relevant documents and information which may be subject to the Biometric Information Privacy Act ("BIPA"), 740 ILCS 14/1 *et seq.*, and/or contain non-public, proprietary, and/or confidential information, requiring the safeguards afforded in the proposed Agreed Confidentiality Order.

26620202.3

3.  The proposed Agreed Confidentiality Order is limited in scope and protects the dissemination and disclosure of confidential information for good cause and in furtherance of legitimate confidential and proprietary interests.

4.  The Parties agree to entry of the proposed Agreed Confidentiality Order.

WHEREFORE, the Parties respectfully request that the Court enter the attached Agreed Confidentiality Order, Ex. A, and grant any other relief this Court deems fair and just.

| | |
|---|---|
| Dated: January 28, 2020 | Respectfully submitted, |
| WILL MOFFETT and CURTIS BOWERS, on behalf of themselves and all other persons similarly situated | HC AURORA, LLC and PENN NATIONAL GAMING, INC. |
| /s/ Andrew D. Schlichter<br>One of Their Attorneys | /s/ Zachary R. Clark<br>One of Their Attorneys |
| Andrew D. Schlichter (with permission)<br>Jerome J. Schlichter<br>Alexander L. Braitberg<br>SCHLICHTER BOGARD & DENTON, LLP<br>100 South Fourth Street, Suite 1200<br>St. Louis, Missouri 63102<br>Tel: 314.621.6115<br>aschlichter@uselaws.com<br>jschlichter@uselaws.com<br>abraitberg@uselaws.com | Daniel R. Saeedi<br>Allison E. Czerniak<br>Zachary R. Clark<br>TAFT STETTINIUS & HOLLISTER, LLP<br>111 E. Wacker Drive, Suite 2800<br>Chicago, IL 60601<br>Tel: 312.527.4000<br>Fax: 312.966.8584<br>dsaeedi@taftlaw.com<br>aczerniak@taftlaw.com<br>zclark@taftlaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |