IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILL MOFFETT and CURTIS BOWERS, on behalf of themselves and all other persons similarly situated, known and unknown,<br><br>*Plaintiffs,*<br><br>v.<br><br>HC AURORA LLC and PENN NATIONAL GAMING, INC.,<br><br>*Defendants*. | No. 19-CV-08040 |

## JOINT STATUS REPORT

Plaintiffs Will Moffett and Curtis Bowers ("Plaintiffs"), individually and behalf of all similarly situated individuals, and Defendants HC Aurora LLC and Penn National Gaming, Inc., ("Defendants") (together, the "Parties"), hereby jointly submit this status report pursuant to the Court's minute entry on March 19, 2020 (ECF No. 35).

The Parties wish to inform the Court that on April 17, 2020, Defendants produced documents bearing Bates Nos. PENN0000001-PENN0000056. Plaintiffs are currently reviewing these documents. The Parties are engaging in continuing discussions.

1

Dated: April 24, 2020                                  Respectfully submitted,


/s/ Jerome J. Schlichter_____                    /s/ Daniel R. Saeedi_____
Jerome J. Schlichter                                   Daniel R. Saeedi
Andrew Schlichter                                      dsaeedi@taftlaw.com
Alex Braitberg                                         Allison E. Czerniak
Brett Rismiller                                        aczerniak@taftlaw.com
SCHLICHTER BOGARD & DENTON LLP                         Zachary R. Clark
100 South Fourth St., Ste. 1200                        zclark@taftlaw.com
St. Louis, MO 63102                                    TAFT STETTINIUS & HOLLISTER LLP
Phone: (314) 621-6115                                  111 East Wacker Drive, Suite 2800
Fax: (314) 621-5934                                    Chicago, IL 60601
jschlichter@uselaws.com                                Telephone: 312-527-4000
aschlichter@uselaws.com                                Facsimile: 312-966-8584
abraitberg@uselaws.com
brismiller@uselaws.com                                 *Attorneys for Defendants*

*Attorneys for Plaintiffs*


## CERTIFICATE OF SERVICE

I hereby certify that, on April 24, 2020, I caused the foregoing Joint Status Report to be electronically filed with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.


                                                       /s/ Jerome J. Schlichter_____